# United States Court of Appeals
# for the Fifth Circuit

No. 25-60637
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 6, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

AUBREY SUZUKI,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:21-CR-77-1

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Aubrey Suzuki appeals the 24-month above-guidelines sentence imposed following his second revocation of supervised release subsequent to a conviction for transmitting threatening communications in interstate commerce. He challenges the substantive reasonableness of the sentence,

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

arguing that it is greater than necessary to satisfy the sentencing goals of 18 U.S.C. § 3553(a).

The district court did not abuse its discretion in imposing Suzuki's sentence. *See Gall v. United States*, 552 U.S. 38, 46-47, 49-51 (2007); *United States v. Nguyen*, 854 F.3d 276, 280, 283 (5th Cir. 2017). Nothing in the record reflects that the district court failed to "account for a factor that should have received significant weight" or that it gave "significant weight to an irrelevant or improper factor," and the sentence does not represent "a clear error of judgment in balancing the sentencing factors." *United States v. Diehl*, 775 F.3d 714, 724 (5th Cir. 2015); *see United States v. Brantley*, 537 F.3d 347, 349-50 (5th Cir. 2008).

AFFIRMED.